FILED

10/19/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0307

_____

IN RE THE MARRIAGE OF:

JOSHUA ARNOLD BACON,

       Petitioner and Appellant,

  and                                                                    O R D E R

EMILY ANN BACON,

       Respondent and Appellee.

_____

The record was filed for purposes of this appeal on August 16, 2022. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than November 18, 2022. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 19 2022